John K. Buche (Bar No. 239477)
Sean M. Sullivan (Bar No. 254372)
BUCHE AND ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
(858) 459-9111
(858) 459-9120 fax
jbuche@buchelaw.com
ssullivan@buchelaw.com

Attorneys for Plaintiff
Utah Land and Law, L.L.C., d/b/a Freedom Legal

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UTAH LAND AND LAW, L.L.C., d/b/a FREEDOM LEGAL,** a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**FREEDOM LEGAL PLANS, LLC**, a Delaware limited liability company; **DEREK RADZIKOWSKI**, an individual; **REACHING U NETWORK, INC.**, a Florida corporation; **PERSONAL FINANCIAL SERVICES OF AMERICA, LLC**, a Florida limited liability company,<br><br>Defendant. | Case No. 11-cv-2005-JLS (WMc)<br><br>**Joint Motion For Extension of Time to Answer or Respond to Plaintiff's First Amended Complaint**<br><br>Judge: Hon. Janis L. Sammartino<br>Courtroom: Courtroom 6 - Third Floor<br>Complaint Filed: August 31, 2011<br>Amended Complaint Filed: October 12, 2011<br>Current Answer Date: October 31, 2011<br>Proposed Answer Date: November 7, 2011 |

Plaintiff Utah Land and Law, L.L.C., d/b/a Freedom Legal ("Plaintiff"), and Defendants Freedom Legal Plans, LLC ("FLP"), and Derek Radzikowski ("Radzikowski," collectively with FLP, "Defendants"), by and through undersigned counsel, pur-

suant to CivLR 7.2 and 12.1, respectfully request an Order granting an extension of time, up to and including November 7, 2011, for Defendants to answer or otherwise respond to Plaintiff's First Amended Complaint ("Amended Complaint"), and in furtherance thereof, state and agree as follows:

1. Plaintiff filed its Original Complaint on August 31, 2011, alleging direct, indirect, and willful trademark infringement against Defendants.

2. On September 23, 2011, the parties filed a Joint Motion for Extension of Time to Answer or Respond to Complaint (Docket No. 7), which the Court granted, setting the Defendants' date to answer as Monday, October 24, 2011.

3. On October 12, 2011, Plaintiff filed its First Amended Complaint, naming not only Defendants FLP and Radzikowski, but also new defendants Reaching U Network, Inc. ("RUN") and Personal Financial Services of America, LLC ("PFSOA").

4. Defendants Radzikowski and FLP were served with copies of the Amended Complaint through their counsel. Based on the filing date of the Amended Complaint (and allowing for service by mail and weekends), the deadline for Defendants to file a response would be Monday, October 31, 2011.

5. Counsel for Defendants Radzikowski and FLP consented to the Amended Complaint, pursuant to Fed.R.Civ.P. 15(a)(2), and counsel for Plaintiff agreed to extend the deadline to Answer the Amended Complaint until November 7, 2011.

6. Plaintiff has yet to serve new defendants RUN and PFSOA with a copy of the Amended Complaint or Amended Summons.

7. "Good cause" exists to justify the proposed extension. A brief one-week extension will not prejudice the parties or significantly delay the proceedings. The extension will allow defense counsel to assess the newly asserted facts. Moreover, the parties have commenced preliminary settlement discussions, and thus the extension will also allow the parties to explore an amicable resolution of this matter, potentially saving the resources of the Court and the parties.

WHEREFORE, the Parties, through undersigned counsel, jointly move for an extension up to and including November 7, 2011, for Defendants FLP and Radzikowski to answer or otherwise respond to Plaintiff's First Amended Complaint.

Respectfully submitted,

Dated: October 21, 2011         BUCHE & ASSOCIATES, P.C.

/s/ John K. Buche
John K. Buche (Bar No. 239477)
    E-mail: jbuche@buchelaw.com
Sean M. Sullivan (Bar No. 254372)
    E-mail: ssullivan@buchelaw.com

Attorneys for Plaintiff
Utah Land and Law, L.L.C., d/b/a Freedom Legal

WALKERWALKER, PENDERGRASS & TIETSWORTH, LLP

**Dated:** October 21, 2011

/s/ Kent M. Walker
Kent M. Walker (Bar No. 173700)
402 W. Broadway, Suite 400
San Diego, CA 92101
Telephone:   (619) 446-5603
Facsimile:    (619) 923-2959
Email:   kent@kentmwalker.com

Attorneys For Defendants
Freedom Legal Plans, LLC, and
Derek Radzikowski

# Certificate of Service

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, John K. Buche, declare:

I am over the age of 18 years and not a party to this action. My business address is 875 Prospect, Suite 304, La Jolla, California 92037, which is located in the county where the mailing described below occurred.

I served the following documents: **Joint Motion For Extension of Time to Answer or Respond to Plaintiff's First Amended Complaint**, along with copies of the referenced exhibits, on the person(s) below, as follows:

Oliver A. Ruiz
Malloy & Malloy, P.A.
2800 S.W. Third Avenue
Historic Coral Way
Miami, Florida 33129

Kent M. Walker
Walker, Pendergrass & Tietsworth, LLP
402 W. Broadway, Suite 400
San Diego, CA 92101

*Attorneys for Defendants Freedom Legal Plans, LLC, and Derek Radzikowski*

The documents were served by the following means:

[ X ]   **By United States mail**. On Friday, October 21, 2011, I enclosed the documents in a sealed envelope addressed to the persons listed above, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on Friday, October 21, 2011, at La Jolla, California.

/s/ John K. Buche
JOHN KARL BUCHE